



# MEMORANDUM OPINION

No. 04-10-00581-CV

**IN RE** Mindy **TRAVIS**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
                Steven C. Hilbig, Justice
                Marialyn Barnard, Justice

Delivered and Filed: August 18, 2010

PETITION FOR WRIT OF MANDAMUS DENIED

On August 6, 2010, relator filed a petition for writ of mandamus. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 7022, styled *In the Estate of Mark L. Cude, Deceased*, in the County Court, Atascosa County, Texas, the Honorable Diana Bautista presiding.